AO 458 (Rev. 06/09)  Appearance of Counsel

E-FILED
Tuesday, 03 April, 2012  11:58:26 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the

## Central District of Illinois

|  |  |  |  |
|---|---|---|---|
| JASON NIEMAN | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 3:12-cv-3104 |
| VERSUSLAW, et al. | ) | | |
| *Defendant* | ) | | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICROSOFT CORPORATION, incorrectly sued as MICROSOFT, INC.                              .

Date:       04/03/2012

s/Lynn U. Thorpe
*Attorney's signature*

Lynn U. Thorpe 3123692
*Printed name and bar number*

Gonzalez, Saggio and Harlan, L.L.C.
180 N. Stetson Avenue, Suite 4425
Chicago, IL 60601

*Address*

lynn_thorpe@gshllc.com
*E-mail address*

(312) 236-0475
*Telephone number*

(312) 236-1750
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JASON NIEMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:12-cv-3104 |
| VERSUSLAW, et al. | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on  04/03/2012          , I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

 smandell@mandellmenkes.com, JLambert@perkinscoie.com, bart@zwillgen.com,                    ,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

 Jason Nieman, 1700 Windycrest Drive, Springfield, IL 62704                         .

s/Lynn U. Thorpe
*Attorney's signature*

Lynn U. Thorpe 3123692
*Printed name and bar number*

Gonzalez, Saggio and Harlan, L.L.C.
180 N. Stetson Avenue, Suite 4425
Chicago, IL 60601
*Address*

lynn_thorpe@gshllc.com
*E-mail address*

(312) 236-0475
*Telephone number*

(312) 236-1750
*Fax number*