Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **JASON LEE NIEMAN** ) | |
| ) | |
| ) | |
| vs.   ) | Case Number:  12-3104 |
| ) | |
| ) | |
| **VERSUSLAW, INC.,** ) | |
| **JOSEPH W. ACTON,** | |
| **YAHOO!, INC.** | |
| **GOOGLE INC., and** | |
| **MICROSOFT, CORP** | |

### JUDGMENT  IN A CIVIL CASE

  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


**XXXX  DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


      **IT IS ORDERED AND ADJUDGED**  pursuant to an order entered by the Honorable Sue E. Myerscough:  judgment is entered in favor of the defendants and against the plaintiff.  This case is closed with prejudice.--------------------------------------------------------------------------------


**Dated:**   August 3, 2012


                                        s/ Pamela E. Robinson
                                        Pamela E. Robinson
                                        Clerk, U.S. District Court